| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
JT Care, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  Joliet Terrace Nursing Center

**3. Debtor's federal Employer Identification Number** (EIN)  
45-2841697

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| c/o TM Healthcare Management<br>15443 Summit Ave.<br>Oakbrook Terrace, IL 60181 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| DuPage | **Location of principal assets, if different from principal place of business**<br>2230 McDonough St. Joliet, IL 60436 |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **JT Care, LLC** _____  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor **JT Care, LLC**  Case number (*if known*)
     Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ☐ 50-99
- ■ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ■ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **JT Care, LLC**
Name                                                                        Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 30, 2017**
               MM / DD / YYYY

X **/s/ Patrick Laffey**                                        **Patrick Laffey**
Signature of authorized representative of debtor                Printed name

Title   **Manager and Designated Representative**

**18. Signature of attorney**

X **/s/ DAVID K. WELCH**                                        Date **October 30, 2017**
Signature of attorney for debtor                                MM / DD / YYYY

**DAVID K. WELCH**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**         Email address

**06183621**
Bar number and State

| **Fill in this information to identify your case:** |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **JT Care, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA  Joliet Terrace Nursing Center** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2841697** |
| 4. | **Debtor's address** | **Principal place of business**  **2230 McDonough St.**  **Joliet, Illinois 60436**  Number, Street, City, State & ZIP Code  **Will**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **c/o TM Healthcare Management**  **15443 Summit Ave.**  **Oakbrook Terrace, IL 60181**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership  ☐ Other. Specify: _____ |

7. **Describe debtor's business**

   A. *Check one:*

   ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.naics.com/search/.
      ____

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☑ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ☑ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor **SEE ATTACHED**    Relationship to you ____
    District ____  When ____  Case number, if known ____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| | **Request for Relief, Declaration, and Signature** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

**JT Care, LLC, a Delaware limited liability company**

**By: JLM Financial Healthcare, LP, a Texas limited partnership, its sole member**

    **By: JLM Financial Investments 13, LLC,
   a Texas limited liability company,
   its general partner**

**X** _____  By:
    **Patrick Laffey, Manager and
Designated Representative**

**18. Signature of attorney**

**X** _____    Date _____
Signature of attorney for debtor    MM / DD / YYYY

**DAVID K. WELCH**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone   **312-641-6777**    Email address _____

**06183621**
Bar number and State

**Burke Warren MacKay & Serritella P.C.**
Firm name

**330North Wabash Avenue
Suite 2100
Chicago, Illinois 60611**
Number, Street, City, State & ZIP Code

Contact phone   **312-840-7000**    Email address _____

### Request for Relief, Declaration, and Signature

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

JT Care, LLC, a Delaware limited liability company

By: JLM Financial Healthcare, LP, a Texas limited partnership, its sole member

By: JLM Financial Investments 13, LLC, a Texas limited liability company, its general partner

X _____
By:
Patrick Laffey, Manager and Designated Representative

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date 10/30/17
MM/DD/YYYY

DAVID K. WELCH
Printed name

Crane, Heyman, Simon, Welch & Clar
Firm name

Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
Number, Street, City, State & ZIP Code

Contact phone 312-641-6777      Email address _____
06183621

Bar number and State

Burke Warren MacKay & Serritella P.C.
Firm name

330North Wabash Avenue
Suite 2100
Chicago, Illinois 60611
Number, Street, City, State & ZIP Code

Contact phone 312-840-7000     Email address _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**RELATED BANKRUPTCY CASES FILED**

| **Debtor** | **Relationship** | **District** | **Date Filed** | **Case No.** |
|---|---|---|---|---|
| BT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| CC Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| CT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| FT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| KT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| SV Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| TN Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| WCT Care, LLC | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |
| JLM Financial Healthcare, LP | Related Entity | Northern District of Illinois | 10/30/17 | Unknown |

Fill in this information to identify the case:
Debtor name  **JT Care, LLC**
United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Allstate - American Heritage Insurance** PO BOX 650514 Dallas, TX 75265-0514 | | | | | | **$13,443.82** |
| **City of Joliet** PO BOX 5001 JOLIET, IL 60434-5001 | | | | | | **$55,574.49** |
| **Cloverleaf Farms Distributors Inc.** 13835 S. Kostner Crestwood, IL 60445 | | | | | | **$11,591.38** |
| **Constellation - Electric** PO BOX 4640 Carol Stream, IL 60197-4640 | | | | | | **$34,403.95** |
| **Constellation - Gas** Bank of America Lockbox Services 15246 Collections Center Dr. Chicago, IL 60693-0152 | | | | | | **$7,961.86** |
| **Dr. Shah** Dr. Yatin Shah 2025 S. Chicago Joliet, IL 60436 | | | | | | **$5,000.00** |
| **e-Health Data Solutions** PO BOX 385 Aurora, OH 44202-0385 | | | | | | **$5,250.00** |
| **Ecolab** PO BOX 70343 Chicago, IL 60673-0343 | | | | | | **$7,343.93** |

Debtor **JT Care, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Edward Don & Co.** 9801 Adam Don Parkway Woodridge, IL 60517 | | | | | | $13,326.82 |
| **EKS Management** 6865 N Lincoln Lincolnwood, IL 60712 | | | | | | $4,299.69 |
| **First Advantage Tax Consulting Services** P.O.Box 404537 Atlanta, GA 30384-4537 | | | | | | $5,028.08 |
| **Grasshopper Lawn and Landscape** 500 Joyce Rd Joliet, IL 60436 | | | | | | $9,101.65 |
| **Illinois Council on Long Term Care** 203 N. LaSalle St. Suite 2100 Chicago, IL 60601 | | | | | | $68,526.00 |
| **Medline Industries Inc.** Dept. CH 14400 Palatine, IL 60055-4400 | | | | | | $23,718.76 |
| **Performance Food Group-TPC** 8001 TPC. Road Rock Island, IL 61204-7210 | | | | | | $52,621.13 |
| **Pharmore Drugs LLC** 3412 W. Touhy Skokie, IL 60076 | | | | | | $12,931.55 |
| **Physician Care Services, S.C.** 8051 186th Street Tinley Park, IL 60487 | | | | | | $5,956.20 |
| **PointClickCare** P.O.Box 674802 Detroit, MI 48267 | | | | | | $16,548.51 |
| **Simplex Grinnell Tyco** Dept. CH 10320 Palatine, IL 60055-0320 | | | | | | $6,601.02 |

Debtor **JT Care, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Total Nurses Network**<br>**1515 North Harlem Ave**<br>**Oak Park, IL 60302** | | | | | | $6,558.06 |

ACI
2450 Delta Lane
Elk Grove Village, IL 60007

Briggs Healthcare
4900 University Avenue
Suite 200
West Des Moines, IA 50266

Cloverleaf Farms Distributors Inc.
13835 S. Kostner
Crestwood, IL 60445

Aetna
333 West Wacker Drive
Chicago, IL 60606

BT Bourbonnais Care, LLC
133 Mohawk Dr.
Bourbonnais, IL 60914

Comcast Internet (BT/JT/KT only)
PO BOX 3001
Southeastern, PA 19398-3001

Allstate - American Heritage Insurance
PO BOX 650514
Dallas, TX 75265-0514

Call One
PO Box 87618
Dept.#10278
Chicago, IL 60680-0618

Community Care Alliance
322 S. Green Street, Suite 400
Chicago, IL 60607

Alpha Baking Co.
36230 Treasury Center
Chicago, IL 60694

Centrad Healthcare Inc
184 Shuman Blvd
Suite 130
Naperville, IL 60563

Constellation - Electric
PO BOX 4640
Carol Stream, IL 60197-4640

Alternative Energy Solutions
PO BOX 129
Schererville, IN 46375-0129

Chemsearch Division
PO Box 152170
Irving 75015-2170

Constellation - Gas
Bank of America Lockbox Services
15246 Collections Center Dr.
Chicago, IL 60693-0152

Aramark Uniform Services
25259 Network Place
Chicago, IL 60673-1252

Chubb Group of Insurance Companies
202A Hall's Mill Road
PO Box 1675
Whitehouse Station, NJ 08889

Cook County Care
322 S. Green Street, Suite 400
Chicago, IL 60607

Arnie Yusim Leasing Inc.
650 Dundee Road
Suite 158
Northbrook, IL 60062

Cigna Healthspring
9701 W. Higgins Road
Suite 360
Des Plaines, IL 60018

CPI
10850 W. Park Place
Suite 600
Milwaukee, WI 53224

AT&T
PO BOX 5080
Carol Stream, IL 60197-5080

Cintas Fire Protection
Cintas Fire 636525
PO Box 636525
Cincinnati, OH 45263

CSI Group International
PO Box 311
West Berlin, NJ 08091

Avaya Inc.
PO BOX 5125
Carol Stream, IL 60197-5125

City of Joliet
PO BOX 5001
JOLIET, IL 60434-5001

Cube Smart - Storage
2114 Oak Leaf Street
Joliet, IL 60436

Blue Cross Blue Shield
300 East Randolph Street
Chicago, IL 60601-5099

CLIA LABORATORY PROGRAM
PO BOX 530882
Atlanta, GA 30353-0882

Daniel McNamara
c/o O'Donnell Haddad LLC
14044 Petronella Drive, #1
Libertyville, IL 60048

| | | |
|---|---|---|
| Direct Supply Inc<br>Box 88201<br>Milwaukee, WI 53288-0201 | FERN Office Supplies<br>PO BOX 100895<br>Atlanta, GA 30384-4174 | HRdirect Desc Main<br>PO BOX 452019<br>Sunrise, FL 33345-2019 |
| Dr. Shah<br>Dr. Yatin Shah<br>2025 S. Chicago<br>Joliet, IL 60436 | FIRM Systems<br>206 South Sixth Street<br>Springfield, IL 62701 | Humana<br>500 W. Main St.<br>Louisville, KY 40202 |
| e-Health Data Solutions<br>PO BOX 385<br>Aurora, OH 44202-0385 | First Advantage Tax Consulting Services<br>P.O.Box 404537<br>Atlanta, GA 30384-4537 | IlliniCare Health Plan<br>999 Oakmont Plaza Drive<br>4th Floor<br>Westmont, IL 60559 |
| Ecolab<br>PO BOX 70343<br>Chicago, IL 60673-0343 | Fitzsimmons Hospital Services<br>PO Box 497<br>Oak Forest, IL 60452 | Illinois Council on Long Term Care<br>203 N. LaSalle St.<br>Suite 2100<br>Chicago, IL 60601 |
| Econocare / LTC Interiors<br>6990 N. Central Park Ave.<br>Lincolnwood, IL 60712 | FT Care, LLC<br>40 Norht Smith St.<br>Frankfort, IL 60423 | Independent Living Systems<br>5200 Blue Lagoon Drive<br>Suite 500<br>Miami, FL 33126 |
| Edward Don & Co.<br>9801 Adam Don Parkway<br>Woodridge, IL 60517 | Grasshopper Lawn and Landscape<br>500 Joyce Rd<br>Joliet, IL 60436 | JT Care - Trust<br>Resident Trust<br>2230 McDonough<br>Joliet, IL 60436 |
| EKS Management<br>6865 N Lincoln<br>Lincolnwood, IL 60712 | Green Arbor Landscape<br>25161 Center Road<br>Frankfort, IL 60423 | KT Care, LLC<br>100 Belle Air Ave.<br>Bourbonnais, IL 60914 |
| Environmental<br>Recycling & Disposal Services<br>PO BOX 675<br>Orland Park, IL 60462-0675 | GTO<br>1213 Carol Crest Dr.<br>Sleepy Hollow, IL 60118 | LaMarco Systems<br>Life Safety & Security Solutions<br>475 Lindberg Ln.<br>Northbrook, IL 60062 |
| F.E. Moran, Inc.<br>Alarm & Monitoring<br>201 W. University<br>Champaign, IL 61820 | Harmony Health Plan<br>29 North Wacker Drive<br>Suite 300<br>Chicago, IL 60606-3203 | Landscaping Experts Inc.<br>518 Scribner St<br>Joliet, IL 60432 |
| Family Health Network<br>322 South Green St. Suite 400<br>Chicago, IL 60607 | Healthcare and Family Services<br>HFS/Bureau of Fiscal Operations<br>PO BOX 19491<br>Springfield, IL 62794-9491 | Lifecore Rehab and Counseling Ser<br>8051 W. 186th Street<br>STE.A<br>Tinley Park, IL 60487 |

| | | |
|---|---|---|
| LifeScan<br>5255 Golf Rd.<br>Skokie, IL 60077 | Minuteman Press<br>17W580 Butterfield Rd<br>Oakbrook Terrace, IL 60181 | Personnel Planners, Inc.<br>913 W. Van Buren<br>N-3A<br>Chicago, IL 60607 |
| Local 743 Severance & Retirement Plan<br>PO BOX 94403<br>Chicago, IL 60690 | Molina<br>1520 Kensignton Road<br>Suite 212<br>Oak Brook, IL 60523 | Pharmore Drugs LLC<br>3412 W. Touhy<br>Skokie, IL 60076 |
| Marlin Business Bank<br>PO Box 13604<br>Philadelphia, PA 19101-3604 | Mr. Rooter Plumbing<br>126 S. Desplaines<br>Joliet, IL 60436 | Physician Care Services, S.C.<br>8051 186th Street<br>Tinley Park, IL 60487 |
| MAXXSOURCE<br>6301 W. Lincoln Ave.<br>West Allis, WI 53219 | Next Level<br>3019 W. Harrison St.<br>Chicago, IL 60612 | Physicians Immediate Care - Chica<br>PO Box 8799<br>Carol Stream, IL 60197 |
| MedAssure of Indiana<br>920 E COUNTY LINE RD.<br>STE 102<br>Lakewood, NJ 08701 | NICL Laboratories<br>306 Era Drive<br>Northbrook, IL 60062 | Pitney Bowes Global Financial Serv<br>PO BOX 371887<br>Pittsburgh, PA 15250-7887 |
| Medicaid<br>201 South Grand Avenue East<br>3rd FL<br>Springfield, IL 62763 | Nicor Gas<br>Bill Payment Center<br>PO BOX 5407<br>Carol Stream, IL 60197 | PointClickCare<br>P.O.Box 674802<br>Detroit, MI 48267 |
| Medline Industries Inc.<br>Dept. CH 14400<br>Palatine, IL 60055-4400 | Nutrition Care Systems<br>8770 W. Bryn Mawr Ave<br>Suite 1300<br>Chicago, IL 60631-3515 | PointClickCare<br>5570 Explorer Drive<br>Mississauga, ON |
| Meridian<br>222 N. LaSalle St., Suite 930<br>Chicago, IL 60601 | Oak Forest Psychological Services<br>6502 Joliet Rd.<br>Countryside, IL 60525 | Prospect Resources Inc<br>8170 N McCormick Blvd<br>Suite #107<br>Skokie, IL 60076 |
| Meyer Magence<br>4711 Golf Road<br>Suite 200<br>Skokie, IL 60076 | Performance Food Group-TPC<br>8001 TPC. Road<br>Rock Island, IL 61204-7210 | Purchase Power<br>PO BOX 371874<br>Pittsburgh, PA 15250-7874 |
| MidCap Funding IV, LLC<br>7255 Woodmont Ave.<br>Suite 250<br>Bethesda, MD 20814 | Personnel Concepts<br>PO BOX 5750<br>Carol Stream, IL 60197 | R A Clinic For Psychiatry Care<br>3147 Treesdale Ct<br>Naperville, IL 60564 |

R L Specialty Co.
PO BOX 904
Skokie, IL 60076-0904

Sharp Business Systems
Formerly Illinois Business Systems
Dept CH 14404
Palatine, IL 60055

US Dept of HUD, Region V
Attn: David Cole,   Sr. Acct. Exec.
77 W. Jackson Blvd., Room 2617
Chicago, IL 60604-3507

R&R Septic & Sewer Service Inc.
24451 Black Rd.
Shorewood, IL 60404

Sherwin-Williams
11907 S. Harlem Ave.
Palos Heights, IL 60463-1138

Valley Fire Protection Services
101 N. Raddant Rd.
Batavia, IL 60510

Rehab Care Group
680 South Fourth St.
Louisville, KY 40202

Simplex Grinnell Tyco
Dept. CH 10320
Palatine, IL 60055-0320

VERIFY
206 South Sixth Street
Springfield, IL 62701

Relias & Tsonas, LLC
150 S WACKER DR
SUITE 1600
Chicago, IL 60606

Socialwork Consulting Group
1104 Hunter Rd
Glenview, IL 60025

Washtown Equipment Co. Inc.
4036 W. Montrose Ave.
Chicago, IL 60641

Remco Medical
692A Theodore Street
Joliet, IL 60435-7331

Special Care
7444 Wilson Ave
Harwood Heights, IL 60706

Wells Fargo Financial Leasing
PO Box 10306
Des Moines, IA 50306-0306

Retirement Home TV Corporation
4604 Arden Dr
Fort Wayne, IN 46804

Teamsters Local 743
4620 S. Tripp Avenue
Chicago, IL 60632

Roto Rooter Services Company
5672 Collections Center Drive
Chicago, IL 60693

Teamsters-Local 743
PO BOX 94403
Chicago, IL 60690

Sentry Pest Control
PO Box 597451
Chicago, IL 60659

TM Healthcare Management LLC
1S443 Summit Ave.
Suite 204 A&B
Oakbrook Terrace, IL 60181

Servpro of Joliet 9306
2364 Essington Rd
Joliet, IL 60435

TN Care, LLC
1615 Sunset Ave.
Waukegan, IL 60087

Shark Shredding Inc
18811 S. 90th Ave
Suite I
Mokena, IL 60436

Total Nurses Network
1515 North Harlem Ave
Oak Park, IL 60302

# United States Bankruptcy Court
## Northern District of Illinois

In re: **JT Care, LLC**
Debtor(s)

Case No. _____
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **JT Care, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

JLM Financial Healthcare, LP, a Texas limited partnership, its **sole member**

☐ None [*Check if applicable*]

Date: 10/30/17

_____
DAVID K. WELCH
Signature of Attorney or Litigant
Counsel for **JT Care, LLC**
Crane, Heyman, Simon, Welch & Clar
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114